**CSD 3015** [12/01/23]

Name, Address, Telephone No. & I.D. No.
David M. Parker, Esq./Gregory L. Riggs, Esq. (211078/314022)
110 West A Street, Suite 615, San Diego, CA, 92101
Tel: (619) 233-8292 / Fax: (619) 233-8636
DParker@ParkerRiggs.com/GRiggs@ParkerRiggs.com
Attorneys for Creditors Affordable Housing Land Consultants LLC and Century Housing Corporation

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>JEFFREY DAVID PHAIR, ONLY<br>Debtor(s) | BANKRUPTCY NO. 25-00667-JBM11 |
| AFFORDABLE HOUSING LAND CONSULTANTS, LLC;<br>CENTURY HOUSING CORPORATION<br>Plaintiff(s) | ADVERSARY NO. 25-90069-JBM |
| v.<br>JEFFREY DAVID PHAIR<br>Defendants(s) | |

## NOTICE OF HEARING AND MOTION

TO: JEFFREY DAVID PHAIR

**You are hereby notified** that on 11/12/2026, at 10:00 a.m, in Department 2, Room 118 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Affordable Housing Land Consultants LLC & Century Housing Corporation, Movant, for

INTERLOCUTORY DEFAULT JUDGMENT AGAINST JEFFREY D. PHAIR

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: 10/08/2026

David M. Parker, Esq.
[Attorney for] Moving Party

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

**CSD 3015** [12/01/23]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 8th day of October, 2026, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
List additional papers:

SEE ATTACHMENT 1

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 10/08/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑ Attorney for Debtor (or Debtor), if required:
Vincent Renda, Esq.
vr@pinlegal.com; ld@pinlegal.com

☐ Chapter 7 Trustee:

☑ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases assigned to:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On 10/08/2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☑ Attorney for Debtor (or Debtor), if required:

Vincent Renda, Esq.
Pinnacle Legal P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121

Jeffrey David Phair
8311 The Grant Place
Bonita, CA 91902

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on ____________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on 10/08/2026
(Date)

Hannah A. Snyder
(Typed Name and Signature)

110 West A Street, Suite 615
(Address)

San Diego, CA 92101
(City, State, ZIP Code)

David M. Parker, Esq. (SBN 211078)
Gregory L. Riggs, Esq. (SBN 314022)
**PARKER & RIGGS LLP**
110 West A Street, Suite 615
San Diego, California 92101
Telephone: (619) 233-8292
Facsimile: (619) 233-8636
DParker@ParkerRiggs.com
GRiggs@ParkerRiggs.com

Attorneys for Creditors Affordable Housing Land Consultants, LLC and Century Housing Corporation

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>THE PHAIR COMPANY LLC<br><br>Debtor and Debtor-in-Possession.<br><br>☐ ALL DEBTORS<br><br>☐ THE PHAIR COMPANY LLC, ONLY<br>Tax I.D. (EIN)# 20-4183527<br><br>☒ JEFFREY DAVID PHAIR, ONLY,<br>S.S.#: XXX-XX-4458 | Case No. 3:25-bk-00667-JBM<br><br>Chapter 7<br><br>(Jointly Administered With Case No. Case No. 3:25-bk-00661-JBM)<br><br>Adv. Pro. No. 25-90069-JBM<br><br>**ATTACHMENT 1 TO NOTICE OF HEARING AND MOTION (CSD 3015)**<br><br>Judge: Honorable J. Barrett Marum<br>Department: 2<br><br>Hearing Date: November 12, 2026<br>Time: 10:00 a.m. |
| AFFORDABLE HOUSING LAND CONSULTANTS, LLC; CENTURY HOUSING CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY DAVID PHAIR,<br><br>Defendant. | |

I, Hannah A. Snyder, declare that:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 110 West A Street, Suite 615, San Diego, California 92101.

On October 8, 2026, I served the following document(s):

1. NOTICE OF HEARING AND MOTION
2. AFFORDABLE HOUSING LAND CONSULTANTS LLC'S AND CENTURY HOUSING CORPORATION'S MOTION TO REQUEST INTERLOCUTORY DEFAULT JUDGMENT AGAINST JEFFREY D. PHAIR
3. DECLARATION OF DAVID M. PARKER IN SUPPORT OF AFFORDABLE HOUSING LAND CONSULTANTS LLC'S AND CENTURY HOUSING CORPORATION'S MOTION TO REQUEST INTERLOCUTORY DEFAULT JUDGMENT AGAINST JEFFREY D. PHAIR

on the parties in this action listed in the attached Service List, which is incorporated herein by this reference, by the following means:

XX **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))**

XX **(BY MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 8, 2026, at San Diego, California.

Hannah A. Snyder

**NEF SERVICE LIST**

Vincent Renda, Esq.
PINNACLE LEGAL P.C.
vr@pinlegal.com
ld@pinlegal.com

**U.S. MAIL - SERVICE LIST**

Jeffrey David Phair
8311 The Grant Place
Bonita, CA 91902

Vincent Renda, Esq.
Pinnacle Legal P.C.
9565 Waples Street, Suite 200
San Diego, CA 92121